**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

CASE NO. _____  JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

I.   Parties

5:06CW00 109  H/C

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: BArry Register
     ADC # 80348

     Address: po Box 240 Tucker Ark 72168

     Name of plaintiff: _____
     ADC # _____

     Address: _____

     Name of plaintiff: _____
     ADC # _____

     This case assigned to District Judge _Howard_
     and to Magistrate Judge _Cavaneau_

     Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Dr Shah

     Position: Docter CMS

     Place of employment: Tucker Unit - CMS

     Address: po Box 240 Tucker Ark 72168

     Name of defendant: Wendy Kelley

     Position: Deputy Director

     Place of employment: Central office

Address: _PO Box 8707 pine Bluff Ark 71611_

Name of defendant: _Roger Cameron_

Position: _ADC Drug Coordinator_

Place of employment: _Ark Dept correction TC_

Address: _8707 pine Bluff Ark 71611_

Name of defendant: _JAMES LAMb_

Position: _project coordinator_

Place of employment: _Tucker Unit ADC   TC_

Address: _PO Box 240 Tucker Ark 72168_

**II.**     Are you suing the defendants in:

☐     official capacity only
☐  ✓  personal capacity only
☒     both official and personal capacity

**III.**    Previous lawsuits

A       Have you begun other lawsuits in state or federal court dealing with the same    facts involved in this action?

Yes ___   No _X_

B.      If your answer to A is yes, describe the lawsuit in the space below. (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐     Parties to the previous lawsuit:

Plaintiffs: _N/A_

Defendants: _N/A_

2

☐   Court (if federal court, name the district; if state court, name the county): _N/A_

☐   Docket Number: _N/A_

☐   Name of judge to whom case was assigned: _N/A_

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

☐   Approximate date of filing lawsuit: _N/A_

☐   Approximate date of disposition: _N/A_

IV.   Place of present confinement: _ADC Tucker Unit PO Box 240 Tucker Ark 72168_

V.   At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✔__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✔_   No ___

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____   _____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12-27-05 I Filed A Informal Resolution Complaining that my medical Restriction was being Violated by TC staff And Nurse Krablin Notifyed staff of Restriction on 12-28-05 on 1-5-06 I was Informed that my medical Restriction was changed from 8pds to 5pds by Dr Shah this was to Accomadate the TC program Not because my condiction got better I have had the Restriction since 1994 I Ask mr Roger Cameron to stop them From Hurting me I Ask mr James Lamb to stop them From Hurting me I Ask wendy Kelley to stop them From Hurting me by forcing me to Violate my medical Restriction And I have not recived Any Relief they have All subjected me to crule And unusal punishment And have placed my Health At danger of becomeing worser than It Already Is And subjucted me to

4

unduly pAiN And Suffering iN Violation of my
8th And 4th Amendment

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wANt five million dollArs from EAch defendant
I wANt fifteen Hundred dollArs from EAch defendant for
EAch dAy I wAs And Am forced to violAte my Restriction And
with the moNEtAry pAymENt I wANt EAch of them fired And for my
medicAl Restristion to be put bAck like they were & pds

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of MArch , 20 06 .

ADC
BArry RegistEr 80348
PoBox 2G6 TuckEr Ark 72168

Brarry RegistEr
Signature(s) of plaintiff(s)

Subscribed and Sworn to before me this 01 dAy of
march, 2006            m X Adains

my commission Expires 09-18-2008

( 30 EXZISTS )

## REQUEST FOR INTERVIEW

UNIT _TUCKER_

DATE: _1 - 12 - 06_

TO: _MS Mullins_   OFFICE: _INT MANAGER_

FROM: _BARRY Register_   NUMBER: _80348_   BKS: _7-A_
(Inmate's Name)

JOB ASSIGNMENT: _TC Am / Aundry pm_   SUPERVISOR: _MS Rhodes_

WORKING HOURS: _5:30 Am_   TO: _12:00 pm_

GIVE A DETAILED REASON FOR INTERVIEW: _The staff in TC not only want to add yet another book for me to currAy they also now want me to work As in cleaning reaching over head and stooping these things Are causing me great physical pain and suffering At this time Thank you for your Help And time in this matter_

_original ms mullins_
_1cc personal File Barry Register_

_Barry Register_
Inmate's Signature

ADC-CDC—614

## REQUEST FOR INTERVIEW

UNIT _Tucker_

DATE: _1-72-06_

TO: _Ms Krablew_    OFFICE: _INF_

FROM: _Barry Register_    NUMBER: _80348_    BKS: _7-A_
(Inmate's Name)

JOB ASSIGNMENT: _Team Laundry pm_    SUPERVISOR: _Ms Rhodes_

WORKING HOURS: _5:30 Am_ TO: _12:00 pm_

GIVE A DETAILED REASON FOR INTERVIEW: _The Staff in TC not only want to add_
_yet Another book for me to curry they Also now want me to_
_work As in cleaning reaching over head and stooping these's things_
_Are causing me great physical pain And suffering At this time, Thank_
_you for your help and time in this matter_

orignal ms Krablew
ICC Pesonal File Barry Register

_Barry Register_
(Inmate's Signature)

ADC-CDC—614

## REQUEST FOR INTERVIEW

UNIT _Tucker_

DATE: _1-9-06_

TO: _Ms Mullins_ OFFICE: _Administrator INF_

FROM: _Barry Register_ NUMBER: _80348_ BKS: _7-A_
(Inmate's Name)

JOB ASSIGNMENT: _Team Laundry pm_ SUPERVISOR: _Ms Rhodes_

WORKING HOURS: _5:30 Am_ TO: _12:00 pm_

GIVE A DETAILED REASON FOR INTERVIEW: _I was told by my supervisor Ms Rhodes that_
_my medical Restriction have been changed I am Requesting Written proof of this_
_And to know who Approved And Authorized It to be done. And why It was done_
_Thank you For your Help and time In this matter_

_Respectfully_

_Original - Ms Mullins InF Admistator Tucker unit_
_ICC persenal File Barry Register_

_Barry Register 80348_
Inmate's Signature

ADC-CDC--614

# REQUEST FOR INTERVIEW

UNIT __Tucker__

DATE: __1-6-06__

TO: __Ms Mullins__                   OFFICE: __Administrator INF__

FROM: __Barry Register__             NUMBER: __80348__        BKS: __7-A__
(Inmate's Name)

JOB ASSIGNMENT: __Team Laundry pm__        SUPERVISOR: __Ms Rhodes__

WORKING HOURS: __5:30 Am__ TO: __500 pm__

GIVE A DETAILED REASON FOR INTERVIEW: __I was told by my supervisor Ms Rhodes that my medical Restriction have been changed I Am Requesting written proof of this And to Know who Approved And Artherized It to be done And why It was done Thank you For your Help And Time IN this matter__

__Respectfully__

ORIGINAL Ms Mullins tye Adminvastrators Nurs Tuckers unit
, CC PERSONAL File
Barry Register

__Barry Register 80348__
Inmate's Signature

ADC-CDC—614

## REQUEST FOR INTERVIEW

UNIT _Tucker_

DATE: _1-9-06_

TO: _INF Records_ OFFICE: _INF Records_

FROM: _Barry Register_ (Inmate's Name) NUMBER: _80348_ BKS: _7-A_

JOB ASSIGNMENT: _Team /Aunclry pm_ SUPERVISOR: _Ms Rhodes_

WORKING HOURS: _5:30 Am_ TO: _12:00 pm_

GIVE A DETAILED REASON FOR INTERVIEW: _I Am Requesting to Review my medical Record_
_And have some copys made for the courts to be used Is my Civil Rights_
_Act 42 USC §1983 Thank you for your Time And Help In this matter_
_I will get a court order If I have too to get this._
_Orignal Records office of F_

Respectfully

_I CC PERSONAL File BAry Register_

_Barry Register 80348_
Inmate's Signature

ADC-CDC—614

## REQUEST FOR INTERVIEW

UNIT _Tucker_

DATE: _1-6-06_

TO: _INF Reeds Records_    OFFICE: _INF Records_

FROM: _B. Register_    NUMBER: _80348_    BKS: _7-A_
(Inmate's Name)

JOB ASSIGNMENT: _TC Am Laundry pm_    SUPERVISOR: _Ms Rhodes_

WORKING HOURS: _5:30 Am_    TO: _5:00 pm_

GIVE A DETAILED REASON FOR INTERVIEW: _I Am Requesting to Review my medical_
_Record And have some copys made for the courts To be used_
_In my civil Rights Act 42 USC §1983 Thank you for your_
_Time And Help In this matter I will get A court order_
_If I have too to get this_    Respectfully

Original Records office INF
1 CC Personal File Barry Register 80348

_Barry Register 80348_
Inmate's Signature

ADC-CDC-614

# REQUEST FOR INTERVIEW

UNIT _Tucker_

DATE: _2-6-06_

TO: _Mr Lamb_ OFFICE: _TC Coordinator_

FROM: _Barry Register_ NUMBER: _80348_ BKS: _7-A_
(Inmate's Name)

JOB ASSIGNMENT: _TCann Laundry pm_ SUPERVISOR: _Ms Rhodes_

WORKING HOURS: _5:30 Am_ TO: _12:00pm_

GIVE A DETAILED REASON FOR INTERVIEW: _I am Requesting permission to_
_lay down And Rest I Am suffering Great pain due to_
_having to work And carry Things At this time in_
_the TC program    Thank you_

_original mr Lamb_
_I Cc personal file B. Register_            _Barry Register_
                                            Inmate's Signature

ADC-CDC—614

**REQUEST FOR INTERVIEW**

UNIT _Tucker_

DATE: _2-6-06_

TO: _Ms Rhodes_ OFFICE: _TC_

FROM: _Barry Register_ NUMBER: _80348_ BKS: _7-A_
(Inmate's Name)

JOB ASSIGNMENT: _TC Am /Aundry pm_ SUPERVISOR: _Ms Rhodes_

WORKING HOURS: _5:30Am_ TO: _12:00 pm_

GIVE A DETAILED REASON FOR INTERVIEW: _I Am Requesting permission to_
_lAy down And Rest I Am suffering Great pAiN due to_
_haveing to work And cArry thiNgs At this time IN_
_the TC program ThANk you_

Original Ms Rhodes
I Cc persoNAl File B. Register

_Barry Register_
Inmate's Signature

ADC-CDC-614

Mr Bradberry

I Am writing you concering some issues Involing my          1-7-06
medical Restriction And limitation being changed to Accomandate
the TC program, Not because I've gotten Any better or that Any
thing has happin to make my condition get better I have had
these's medical Restriction for the past 12 years How ever on
1-3-06 After complaing that the TC staff was violating my
medical Restriction, Mr James Lamb TC coordinator, Ms mullins, Dr
Shah nurse D Kriblen and some othe nurse that I do not know
changed my medical Restriction to Accomandate the TC program
I Am Fileing A 1983 law suit over This but I want them
to put my medical Restriction back to what It was because these
Actions could cause me Physical Harm IF I Am forced to have
to violate my medical Restriction I was given these's Restriction In
1994 I Am now 12 years older And nothing has been done
to change my conditions for the better, I HAVE Filed both
A Informal Resolution And A Grievance In This matter but fo-
Some Reson the same people I File on Is being Allowed to
handled the situation And responed the way they want too I think
that maybe Intrunal Affairs And who ever else Is chaf This kind
of problems mite need to check Into how these's people Are
violateing peoples Rights with the things they Are doing. At this
Time here At the Tucker Unit because they Are doing so
very Unconstitutioni things And violateing due process law's
I Also have A wittness who heard Mr Lamb And nurse Kriblen
talking About changeing my medical Restriction on 12-27-05
In Mr Lamb office In 17A BKS, maybe you can make them
Stop this maddness because It Is Illegal For them to do the
things they Are doing At this Time with me And A number
of other Inmates thank you for your Time And Help In
This matter
                                              Respectfully
                                              Barry Register 80348
      Icc Personal File D. Register           po Box 240
                          80348                Tucker Unit
                                                      72168

DEAR MR ROGER CHMELON          12-26-05

Sir I Am writing you this letter Because you Are the HEAD of the CSATP T.C. prograMe and can Best Help me In this matter. But First I want to say I am not going to Quit or sign out of the program I meet the parole board December 1 And was Illegally stipulated TC Due to the Fact I Am sentence under the P.E. LAW 11-19-91 This Is my 3 time In the TC program However my Complaint Is that I have A Number of Medical Restriction And I keep Fileing Informal Resolutions And Grievance forms About Them I HAVE A MEDICAL Restriction of 4 hours Assignments Requiring STENUOSS Physical Actity due to being forced to stay up from 5:30Am until 10:30 pm And 12:00 pm on weekends I Find this very STENUOUS on me And Is A direct Violation of my medical Restrictions that I have had since 1994. Everyone Is Aware that I have these's Medical Restriction And the staff here At TUCKER, unit has been notified about this, I Also have to take A medication for chronic Foot pAin which CAUSES A Chemical EmbAnce that CAUSES me to Act out or SpeAk out INAppropriate ways and for staff to be Aware of this And to place sanctions on me Is Crule And unusAl punishment becAuse. Thoughts Arise from Brain/Body chemistry NEED Drugs or medications, Changes this Chemistry which Alters mood and physical Actions Iin how I see the world And React, I have to have this medication to Be Able to deal with the Chronic Foot pAin I suffer from So I Am writing you to Ask that somebody either Fix It So I CAN Rest when not In Group or let the pArole Board know that I CAN not do This becAuse of medical problems I Am trying to make this AS EASY AS I CAN for myself And All those's Involed I Requested TC In 2003 I Am getting older And my condition get worser with Age. Thank You for your Time And Help In this matter

[1 of 3 copys]                Respectfully
Barry Register             Submitted
                           BARry Register

*per AD 04-01.*

*There cannot be any other Attachments to your Informal Resolution & Grievance form. Being Returned*

(Attachment 1)

ADC# **80348** Brks **7-A** Job Assignment **TC Am Laundry pt**

YES ✓ NO ___ If yes, why? **My physical Health Is At risk because of TC staff at this Time**

subject to a substantial risk or physical harm. It should not be declared for ordinary problems that may give this completed form to the designated problem-solving staff, who will sign the attached ceipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

I have had A medical Restriction Since 1994 No Handling/lifting of Heavy Materials In Excess of "0" pounds But I Am being forced to voilate this medical Restriction Daily because of hAveing to carry the client Handbook & Protocal manual And A Feelings Journal this All weights About 4 pounds And my Restriction StAtes nothing over "0" pounds This Is causeing me great physical pain and suffering At this time But I get punished If I do not voilate my Restriction by the rules of the TC program I feel that this Is cruel And unusal punishment And they should not be Allowed to force people to voilate there medical Restriction At Any time

Inmate Signature **Barry Register**     **80548**                 Date **12-27-05**

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

PRINT STAFF NAME (PROBLEM SOLVER) ___     Staff Code ___     Staff Signature / Date Received ___

Was this deemed an emergency? Yes ___ No ___

Was there a need to contact medical? Yes ✓ No ___ If yes, give name of person contacted? ___

Describe action taken to resolve complaint, including dates. We will notify Culbarlar,

Was issue resolved? Yes ___ No ___     Does inmate agree that issue was resolved? Yes ___ No **X**

_____                    **Barry Register**  **12-28-05**
Staff Signature/Date                   Inmate Signature/Date

**DISTRIBUTION: YELLOW** -- Inmate Receipt

**(AFTER COMPLETION)   PINK** – Problem Solver Copy      **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion                   810-00

MEDICAL

**INFORMAL RESOLUTION FORM** (Attachment 1)

TU-06-00009

UNIT/CENTER ___TUCKER___

PLEASE PRINT
Name ___BARRY Register___ ADC# _80348_ Brks _7-A_. Job Assignment _TEAM Laundry pm_

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? _My Physical Health has been placed In danger of substantial Risk of harm by Informary staff changes my medical Restriction to Accommodate A program In the Department of correction_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

ON 1-5-06 I was Informed by Ms Rhodes program Leader In TC that the Nurse ms D Krablin called And had changed my medical Restriction to Accommodate the TC program, I have had the medical Restriction since 1994 The Conditions Are Worse And here It Is 12 yrs later And the Doctes Also Nurses wants to change my Restriction not because I Am better but because the project Coordinator Lamb Influenced them Into changeing my medical Restrictions there for not only have I been Discriminated Against I have been unduly exposed to harsh And Rigorous treatment by all that Are connected to placeing me In this situation because my Health And well being Is At risk due to my medical Restrictions being changed And violated They have violated my Constitutional Rights where LAW these Actions Are Injurious to my physical, mental And Emotional will being makeing It CRUEL And Unusual punishment At this time Proculnier V. martinez 1974, 416 US, 396, 94 S, Ct 1800, 40 L Ed 2d 224 Rutherford V. Hutto 377 F. Supp 268 1974 US, Dist Lexis 8023 1-5-06

___Barry Register___ 80348          1-5-06
Inmate Signature                      Date

---

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

___Curt S Loged___                    ___Carter Guy___     1-5-06
**PRINT** STAFF NAME (PROBLEM SOLVER)      Staff Code    Staff Signature / Date Received

Was this deemed an emergency? Yes _____ No ✓
Was there a need to contact medical? Yes _____ ✓ No _____ If yes, give name of person contacted? ___Phil McClees___
Describe action taken to resolve complaint, including dates. _Dr. Shah changed medical Restriction not the nurses they do not have the power to change med restriction_

Was issue resolved? Yes ✓ No _____ Does inmate agree that issue was resolved? Yes _____ No ✓

___Carter___ ___1-5-06___          ___Barry Register___  1-5-06
Staff Signature/Date                Inmate Signature/Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy      **BLUE** – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion          810-00

Case 5:06-cv-00109-GH   Document 2   Filed 05/01/06   Page 18 of 39

## GRIEVANCE FORM - (Attachment 1A)

UNIT/CENTER _Tucker_

FOR OFFICE USE ONLY

Grv. # _1U-06-00009_
Date Received _1/06/06_
Grievance Code: ___

PLEASE PRINT
Name _Barry Register_ ADC# _80348_ Brks _7-A_ Job Assignment _TC Am Laundry pm_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes _✓_ No ___

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _✓_ No __ If yes, give date _1-5-06_

Why do you feel the informal resolution was unsuccessful? _Because my medical Restriction were changed to Accomadate The T.C coordinator James Lamb not because my health has improved They changed It because I complained that It was being violated And my physical health And will being Is At Risk If they force me to lift anything._

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_On-1-5-06 I was Informed by ms Rhodes that Dr Shah, Nurse D. Kriblen the Inf Administrator ms mullins And mr James Lamb had changed my medical Restriction from θ pds to 5 pds I have had this Restriction since 1994 I Filed my First Informal Resolution on 12-29-05 was told by Nurse Kriblen that she would Notify counselors of Restricti After doing this they went to Dr shah to get my Restrictions changed And had him do this to Accomadate mr James Lamb's T.C program And by doing this they have placed my Health At Risk. I want (5) five million dollars from mr James Lamb, I want 5 million dollars from Dr Shah And I want 2 million dollars from Nurse Kriblen And 2 million dollars from ms Mullins And 1 million from each person Involved In having my medical Restriction changed And placing my Health At Risk of become worser because of There Actions At This time Too Accomadate these program And for Them All to be Fired for There Actions._

IS THIS AN EMERGENCY SITUATION? YES _✓_ NO __ If yes, why? _Because my physical Health Is At Risk And this Is Cruel And unusal punishment my physical, mental & emotional Health Is being affected by this_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report immediately to the Warden.

_Barry Register_  80348
**INMATE SIGNATURE**

DATE _1-5_

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _Curtis Rogers_
Signature ___
FROM WHICH  GATE? _B. Register_  ADC# _80348_
DATE: _1-5-06_  TIME: _2:4110~_

## GRIEVANCE ACKNOWLEDGEMENT

TO: Inmate  Register, Barry W.                    ADC #:  080348C

FROM:  Evans, Marvin Jr                           TITLE:  Correctional Warden

RE: Notification of Grievance Received.           GRIEVANCE #:  TU-06-00009

DATE:  01/06/2006

Please be advised, I have received your Grievance dated  01/05/2006  on  01/06/2006

You will receive communication from this office regarding the Grievance by  02/06/2006

_Signature_

Signature of Grievance Officer/ARO

## CHOOSE ONE OF THE FOLLOWING

⊛  This Grievance is of a medical nature and has been forwarded to the infirmary staff.

○  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be
   subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance
   will be processed as a Non-Emergency.

_Signature_

Warden/Center Supervisor's
Signature

Deputy/Assistant Director or
Director's Signature

# CMS GRIEVANCE RESPONSE

**Grievance #:** TU- 00009

| **Inmate:** Barry Register | | **ADC#** 80348 | **DOB:** |
|---|---|---|---|
| **Facility:** Tucker Unit | | **Barracks:** 7 A | |
| **Ltr Date:** 1/5/06 | **Date Infirmary Recvd:** 1/6/06 | **Response Date:** 1/11/06 | |

| **Interview:** Required | x☐ **Deferred** |
|---|---|

**Inmate's Complaints:** (code) You co plained that your medical classification was changed to accommodate TC.r medical classification was reviewed to determine what your medical restrictions were when . s at risk

**Response:** Your medical classification was reviewed by Dr. Shah and it was determined that your physical condition did not justify a restriction of zero pounds. Therefore your restriction was changed to a five pound restriction.

**Recommendations:** None

Vesta Mullins

**Responding Staff**       1/11/06    **Date**

Original - ADC Grievance Officer
Copy - Inmate
Copy - File      **Follow Up Required?** No x☐ Yes ☐ Date _____

## ATTACHMENT VII

# CMS GRIEVANCE RESPONSE

| Grievance #: TU- 00009 |
|---|

| Inmate: Barry Register | ADC# 80348 | DOB: |
|---|---|---|
| Facility: Tucker Unit | Barracks: 7 A | |
| Ltr Date: 1/9/06 | Date Infirmary Recvd: 1/18/06 | Response Date:1/20/06 |

| Interview:   Required | x☐ Deferred |
|---|---|

**Inmate's Complaints:  (code) You complained that your medical restrictions were changed.**

**Response: Your medical restriction was reviewed by Dr. Shah and it was determined that your physical condition did not justify a restriction of zero pounds. Therefore your restriction was changed to a five pound restriction.**

**Recommendations: None**

Vesta Mullins                                          1/20/06
**Responding Staff**                                  **Date**

Original - ADC Grievance Officer
Copy - Inmate
Copy - File                    **Follow Up Required?  No  x☐  Yes ☐ Date**

## ATTACHMENT VII

RECEIVED
OFFICE OF THE
INVESTIGATOR
APR 03 2006
HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

RECEIVED
OFFICE OF THE
INVESTIGATOR
FEB 08 2006
HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

INMATE NAME: Register, Barry W.     ADC #: 080348C     GRIEVANCE #: TU-06-00009

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is a medical matter. Therefore, I have forwarded your grievance
to the Medical Administrator, who will provide you with a written response and/or will interview you
within twenty (20) working days of receipt of your grievance. If the response you receive is not
satisfactory, you may appeal this response to the Deputy Director of Health and Correctional Programs.
If you have medical needs that you believe are urgent, submit a Sick-call Request or Request of
Interview to the Medical Administrator.

_____          _____          1-6-06
Signature of ARO or                            Title                   Date
Warden's/Supervisor's Designee

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the
information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind
that you are appealing the decision to the original complaint. Do not list additional issues which are not
part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? Because They changed my
Medical Restriction to Accomodate the TC program not because I
Got better I still have the medical problems And I Am
being forced to Hurt And suffer because of These Action At This
Time, They All changed my medical Restriction because I started to
Complain that they were forceing me to violate my Restriction because
It was Hurting me they Are now wanting me to do even more
work In the TC program This Is Cruel And unusal punishment
this Is effecting me physically, mentally And Emotionally

_____          80348          1-18-06
Inmate Signature                            ADC#                   Date

RECEIVED
OFFICE OF THE
INVESTIGATOR

APR 03 2006

HEALTH & CORRECTIONAL PROGS.
DEPT. OF CORRECTION

RECEIVED
OFFICE OF THE
INVESTIGATOR

FEB 08 2006

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

RECEIVED
OFFICE OF THE
INVESTIGATOR

JAN 25 2006

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

Back of Attachment II

| | | | |
|---|---|---|---|
| Register, Barry | | 080348 | TU06-0009 |
| INMATE NAME | ADC | | GRIEVANCE |

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

This grievance appeal was previously addressed on February 23, 2006. My office is the last level of the appeal process and my decision stands as written that day.

WENDY KELLEY, DEPUTY DIRECTOR

4|14|06
DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

Appeal to Director Mr Larry Norris
ADC                              Grievance TU06-0000
B. Register 80348
I disagree with the Actions Taken
In this matter I have serious medical
problems And am being subjected to
cruel And unusal punishment At this time
by the Actions of the people I am
complaining About and how They Are Hurting
me At this time. I want my medical
Restriction placed back As They were from
the passed 12 years   Thank you

Barry Register
2-27-06

RECEIVED
OFFICE OF THE
INVESTIGATOR

APR 03 2006

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

Back of Attachment II

| | | |
|---|---|---|
| Register, Barry | 080348 | TU06-00009 |
| INMATE NAME | ADC | GRIEVANCE |

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your appeal dated January 18, 2006 was received in my office for the second time February 8, 2006. That appeal statement indicates that you are appealing this medical response, "Because they changed my medical restrictions to accommodate the TC Program not because I got better. I still have the medical problem and I am being forced to hurt and suffer because of their action at this time. They all changed my medical restriction because I started to complain that they were forcing me to violate my restrictions because it was hurting me. They are now wanting me to do even more work in the TC Program. This is cruel and unusual punishment. This is affecting me physically, mentally and emotionally".

I agree that your restriction was changed from no lifting over "zero pounds" and upgraded to five pounds. This was discussed with you when the unit physician completed upgrade. According to Ms. Mullins, HSA, these restrictions were not changed because of a request from the Program Administrator but because you submitted a sick call request, requesting clarification of your lifting restrictions. (In fact, the program accommodated your zero pound restriction by not requiring that you carry you manual to class). The concern you expressed to the MD and the HSA was regarding being able to carry your SATP manual and sitting in SATP class. The MD explained that this would not harm you medically. You have been given an abdominal binder and pain medication for your hernia. Because the site MD did review your record and discussed the restriction with you and it is noted you have a small hernia.

I find this change in restrictions medically appropriate.

Your appeal has no merit.

_WENDY KELLEY, DEPUTY DIRECTOR_

2/23/06
DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

RECEIVED
OFFICE OF THE
INVESTIGATOR

APR 03 2006

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

# ACKNOWLEDGMENT OF GRIEVANCE

TO:        Inmate <u>REGISTER, BARRY</u>   ADC# <u>80348</u>      Unit<u>TUCKER</u>

FROM:    Wendy Kelley, Deputy Director

RE:        Receipt of Grievance  <u>TU06-00009</u>

DATE:    <u>APRIL 3, 2006</u>

Please be advised, the appeal of your grievance dated <u>1-5-06</u>
                      was received in my office on this date <u>4-3-06</u>

You will receive a response from this office by        <u>5-12-06</u>

### OR

☐   This grievance is being returned to you because the time allowed for appeal has expired

☐   This grievance is being returned to you because you have not attached
      ☐ the informal resolution (Attachment 1)
      ☐ the original grievance form (Attachment 1a)
      ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
      ☐ the Infirmary Response and/or the Mental Health Response
      ☐ a clear statement of appeal (Back of Attachment 2)
Return your grievance with the checked items if you wish to continue the appeal process.

**From:** John Rowland 

**Subject: Porter Changes/Questions/Assignments**

Tuesday, July 26, 2005



| Inmate | Barracks |
|--------|----------|
| **REGISTER, Barry** | **09-14** |
| **# 80348** | |

You need to address your medical limitations to the unit infirmary.

Cc. Security File
    Records

# TUCKER UNIT

**ARKANSAS**
**DEPARTMENT OF CORRECTION**

MSF-202C

**Health Service Request Form**

| Name (Last, First, MI) | ADC# | Date of Birth: | Barracks | Date of Request |
|---|---|---|---|---|
| Regster Barry | 60348 | 7-14-62 | 7-A | 7-7-06 |

Job Assignment:
TEAM LAUNDRYRM

Description of the problem: I AM A Chronic CArE pAtiaN ANd due to haveing to
cArry thiNgs ANd SEt All day IN A beNt posesioN my HErNIA Huits Very
bAdly. ANd due to being forced to VIolAte my 9Hr RestrictioN this All Is
plAcEiNg A lot of strAiN+stress oN me I hAve hAd the RestrictioN for 12 yrs ANd
Nobody Is doing ANy This to help, there cAUsEiNg me pAiN ANd sEffring by forcE'iNg me to do things I C
I CC perSoNAl Fils EdiTi regisTer)
I consent to be treated by the Health Services Staff for the condition described: _Barry Regster_

PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

**List Protocol(s) Below**                    **NURSING DOCUMENTATION**

| 1) | 2) | 3) |
|---|---|---|

**Subjective Data**

**Objective Data:  BP:** ___  **Pulse:** ___  **Respirations:** ___  **Temperature:** ___  **Weight:** ___

**Assessment:**

**Plan by Nursing Care:**

**Body System Code:** (from problem list) ___  **Patient Education:** [ ] Handout  [ ] Verbal Instruction Topic:

**Refer to:** [ ] Physician  [ ] Mid-level  [ ] Mental Health  [ ] Dental  [ ] Other: (List: ___ )

| Title: | Unit: | Date: | Time: |
|---|---|---|---|

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Name: ___
Offender#: ___
Date of Birth: ___
SS#: ___

Resident's Signature: ___  Date: ___

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**
**DEPARTMENT OF CORRECTION**

MSF-202C

**Health Service Request Form**

| Name (Last, First, MI) | ADC# | Date of Birth: | Barracks: | Date of Request |
|---|---|---|---|---|
| Register | 80348 | 7-14-62 | 7-A | 1-6-06 |

Job Assignment:
TC Am Laundry PM

Description of the problem: I AM A Chronic CAre pAtion And due to cArrying things my HerniA Hurts very bAdly And due to being forced to ViolAte my 4 hr Restriction this All Is plAceing Alot of strennuous stress on me I hAve hAd the Restrictions for 12 yrs And Nobody Is doing Anything to help, their cAuseing me pAin And suffering by forceing me to do things I cAn not do (ICC pErsonal File BArry Register)

I consent to be treated by the Health Services Staff for the condition described. *Barry Register 80348*

PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

**List Protocol(s) Below:**         **NURSING DOCUMENTATION**

1)                    2)                         3)

**Subjective Data**

**Objective Data:  BP:**          Pulse:          Respirations:          Temperature:          Weight:

**Assessment:**

**Plan by Nursing Care:**

| Body System Code: (from problem list) | Patient Education: [] Handout  [] Verbal Instruction  Topic: |
|---|---|

Refer to:  [] Physician     [] Mid-level     [] Mental Health    [] Dental     [] Other: (List: _____)

| | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Resident's Signature: _____  Date: _____

Name: _____
Offender#: _____
Date of Birth: _____
SS#: _____

# TUCKER UNIT

**ARKANSAS**
**DEPARTMENT OF CORRECTION**

[ MSF-202C ]

**Health Service Request Form**

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Register Barry | 80348 | 7-14-62 | 7-A | 2-26-06 |

Job Assignment: TC Am Laundry p/m

Description of the problem: I AM A Chronic CAGE PATION due to HAVEING A HETNIA I Am Suffering GrEAT pAIN At this TIME And Hurt wothing IS being done to change the pAIN or Suffering because of being forced to work and carry things this is Effecting MY sleep I CAN not rest Atwite for A CRUGAL INF/IEC pESOUAL File B. Register 80348

I consent to be treated by the Health Services Staff for the condition described: _Barry Register_

PLACE THIS CARD IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

**List Protocol(s) Below**                          **NURSING DOCUMENTATION**

1)                2)                           3)

**Subjective Data**

**Objective Data:  BP:          Pulse:          Respirations:          Temperature:          Weight:**

**Assessment:**

**Plan by Nursing Care:**

**Body System Code:** (from problem list)          Patient Education: [ ] Handout  [ ] Verbal Instruction  Topic:

Refer to: [ ] Physician   [ ] Mid-level   [ ] Mental Health  [ ] Dental   [ ] Other: (List:                    )

| Title: | Unit: | Date: | Time: |
|---|---|---|---|

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Name:

Offender#:

Date of Birth:

Resident's Signature: _____  Date: _____        SS#:

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**

**DEPARTMENT OF CORRECTION**

| MSF-202C |
| --- |

**Health Service Request Form**

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
| --- | --- | --- | --- | --- |
| Register  Barry | 80348 | 7-14-62 | 7-A | 2-20-06 |

Job Assignment:
TEAM LAUNDRY Run

Description of the problem: I am a chronic care paytion due to Having a HERNIA I am suffering Great pain at this time and Hurt nothing is being done to change the pain or suffering, because of being forced to work and carry things this is effecting my sleep I can not rest at nite for Hurting

Original INF / ICC personal File Barry Register # 80348

I consent to be treated by the Health Services Staff for the condition described: *Barry Register*

**PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE.**

**List Protocol(s) Below:**          **NURSING DOCUMENTATION**

| 1) | 2) | 3) |
| --- | --- | --- |

**Subjective Data**

**Objective Data:  BP:**      Pulse:      Respirations:      Temperature:      Weight:

**Assessment:**

**Plan by Nursing Care:**

| Body System Code: (from problem list) | Patient Education: [] Handout  [] Verbal Instruction  Topic: |
| --- | --- |

Refer to: [] Physician   [] Mid-level   [] Mental Health  [] Dental   [] Other: (List:                    )

| | Title: | Unit: | Date: | Time: |
| --- | --- | --- | --- | --- |

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

| | Name: |
| --- | --- |
| | Offender#: |
| | Date of Birth: |
| Resident's Signature: _____  Date: _____ | SS#: |

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**

| | | | | MSF-202C |
|---|---|---|---|---|

**DEPARTMENT OF CORRECTION**                    Health Service Request Form

| Name(Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request |
|---|---|---|---|---|
| Register Fairy | 80348 | 1-14-62 | T-A | 2-13-06 |

Job Assignment:
Team Laundry porter

Description of the problem: I Am a Chronic Care patient, due to Having a Hernia I am suffering Great Pain At this time And Hurt because of being forced to work And carry Things this Is Also Effecting my sleep I can not rest At nite for Hurting Orignal INF / ICC personal Files, Register 80348

I consent to be treated by the Health Services Staff for the condition described: _Fairy Register_

PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

List Protocol(s) Below:                    NURSING DOCUMENTATION

| 1) | 2) | 3) |
|---|---|---|

**Subjective Data**

**Objective Data:  BP:**          Pulse:          Respirations:          Temperature:          Weight:

**Assessment:**

**Plan by Nursing Care:**

| Body System Code: (from problem list) | Patient Education: [] Handout  [] Verbal Instruction Topic: |
|---|---|

Refer to: [] Physician    [] Mid-level    [] Mental Health   [] Dental    [] Other: (List:                    )

| | Title: | | Unit: | Date: | Time: |
|---|---|---|---|---|---|

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Resident's Signature: _____  Date: _____

Name:

Offender#:

Date of Birth:

SS#:

ATTACHMENT (B)

# TUCKER UNIT

ARKANSAS
DEPARTMENT OF CORRECTION

MSF-202C

Health Service Request Form

| Name (Last, First, MI): Register Barry | ADC#: 80348 | Date of Birth: 7-14-62 | Barracks: 7-A | Date of Request: 2-4-06 |
|---|---|---|---|---|

Job Assignment: TC AM Laundry PM

Description of the problem: I Am A Chronic case pation due to Having A HerniA I Am suffering great paiN at this time And Hurt because of being forced to work and carry things this is Also Effecting my sleep I CAN NoT rest At nits fer Hurting (original InF/icc personal File B Register 80348)

I consent to be treated by the Health Services Staff for the condition described: _Barry Register_

**PLEACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE**

List Protocol(s) Below:                    NURSING DOCUMENTATION

| 1) | 2) | 3) |
|---|---|---|

Subjective Data

Objective Data:  BP:          Pulse:          Respirations:          Temperature:          Weight:

Assessment:

Plan by Nursing Care:

Body System Code: (from problem list)          Patient Education: [ ] Handout  [ ] Verbal Instruction Topic:

Refer to:  [ ] Physician     [ ] Mid-level     [ ] Mental Health   [ ] Dental     [ ] Other: (List:                    )

Title:                    Unit:          Date:          Time:

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Name:

Offender#:

Date of Birth:

Resident's Signature: _____  Date: _____    SS#:

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**

| | | MSF-202C |
|---|---|---|
| **DEPARTMENT OF CORRECTION** | | **Health Service Request Form** |

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| KEgister Barry | 80348 | 7-14-62 | 7-A | 1-30-06 |

Job Assignment:

TC Am Laundry pm

Description of the problem: I Am a chronic care pation due to haveing A
Hernia I Am, Suffering great pain at this time And Hurt
because of being Forced to work And carry things This Is Also
Effecting my sleep I can not rest At nuts for Hurting
orignal INF / ICC personal File B Register 80348

I consent to be treated by the Health Services Staff for the condition described: *Barry Register*

---

PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

| List Protocol(s) Below: | NURSING DOCUMENTATION | |
|---|---|---|
| 1) | 2) | 3) |

**Subjective Data**

**Objective Data:** BP:   Pulse:   Respirations:   Temperature:   Weight:

**Assessment:**

**Plan by Nursing Care:**

| Body System Code: (from problem list) | Patient Education: [ ] Handout  [ ] Verbal Instruction  Topic: |
|---|---|

| Refer to: [ ] Physician   [ ] Mid-level   [ ] Mental Health   [ ] Dental   [ ] Other: (List | | ) |
|---|---|---|
| | Title: | Unit:   Date:   Time: |
| Signature: | | |

| I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt. | Name: |
|---|---|
| | Offender#: |
| | Date of Birth: |
| Resident's Signature: _____ Date: _____ | SS#: |

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**
**DEPARTMENT OF CORRECTION**

MSF-202C

**Health Service Request Form**

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Register Barry | 80348 | 7-14-62 | 7-A | 1-21-06 |

Job Assignment: TCAm laundry pm

Description of the problem: I am a chronic care patien Due to you changeing
my medical Restriction staff in TC are now Asking me to work
in the TC Barracks and have added another Book for me to carry so
At this time I am suffering because of this It makes my Hetnia
Hurt Alot, orignal - INF - Icc perseanl File Barry Register

I consent to be treated by the Health Services Staff for the condition described: _Barry Register 80348_

PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

**List Protocol(s) Below:**              **NURSING DOCUMENTATION**

1)              2)              3)

**Subjective Data**

**Objective Data:** BP:          Pulse:          Respirations:          Temperature:          Weight:

**Assessment:**

**Plan by Nursing Care:**

Body System Code: (from problem list)          Patient Education: [ ] Handout  [ ] Verbal Instruction  Topic:

Refer to: [ ] Physician    [ ] Mid-level    [ ] Mental Health   [ ] Dental    [ ] Other: (List:                    )

| | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Name: _____
Offender#: _____
Date of Birth: _____

Resident's Signature: _____ Date: _____          SS#: _____

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**
**DEPARTMENT OF CORRECTION**

**MSF-202C**

**Health Service Request Form**

Name (Last, First, MI): Register Bairy

ADCE: 80348   Date of Birth: 7-14-62   Barracks: 7-4   Date of Request: 1-12-06

Job Assignment: TC AM Laundry pm

Description of the problem: I am A chronic care pation Due to you chargeing my Medical Restristion staff in TCARE now Asking me to clean And trash one chead and stoop, they Also Added Another book for me to curray so I am suffering because of this it makes my Hernia Hurt Alot.

Original Inf - icc psCound File Barry Register

I consent to be treated by the Health Services Staff for the condition described: Barry Register

PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

List Protocol(s) Below:   NURSING DOCUMENTATION

1)          2)          3)

**Subjective Data**

**Objective Data:** BP:          Pulse:          Respirations:          Temperature:          Weight:

**Assessment:**

**Plan by Nursing Care:**

Body System Code: (from problem list)          Patient Education: [ ] Handout [ ] Verbal Instruction  Topic:

Refer to: [ ] Physician     [ ] Mid-level     [ ] Mental Health  [ ] Dental     [ ] Other: (List:                    )

Title:          Unit:          Date:          Time:

Signature:

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Name:

Offender#:

Date of Birth:

Resident's Signature: _____  Date: _____   SS#:

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**
**DEPARTMENT OF CORRECTION**

MSF-202C

**Health Service Request Form**

| Name (Last, First, MI) | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Register Barry | 80348 | 7-14-62 | 7-A | 4-18-06 |

Job Assignment: TC

Description of the problem: My Medical needs to be renewed I haven't been seen for chronic care so I there by have no other way to bring this to the attention of medical staff except with a sick call request
ICC personal File to Register

I consent to be treated by the Health Services Staff for the condition described: Barry Register

*PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE*

List Protocol(s) Below:                    NURSING DOCUMENTATION

| 1) | 2) | 3) |
|---|---|---|

**Subjective Data**

**Objective Data:** BP: ____ Pulse: ____ Respirations: ____ Temperature: ____ Weight: ____

**Assessment:**

**Plan by Nursing Care:**

| Body System Code: (from problem list) | Patient Education: [ ] Handout  [ ] Verbal Instruction Topic: |
|---|---|

Refer to: [ ] Physician   [ ] Mid-level   [ ] Mental Health   [ ] Dental   [ ] Other: (List: ____ )

| Signature: | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Resident's Signature: _____ Date: _____

Name: _____

Offender#: _____

Date of Birth: _____

SS#: _____

ATTACHMENT (B)

# TUCKER UNIT

**ARKANSAS**
**DEPARTMENT OF CORRECTION**

MSF-202C

**Health Service Request Form**

| Name (Last, First, MI) | ADC# | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Register Barry | 80348 | 7-14-62 | 7-A | 4-18-06 |

Job Assignment: TC

Description of the problem: I am a chronic care patient due to a upper abdominal Hernia I have complained regularly since December with pain nothing is being done I was referred to the Doctor at Pine Bluff who said he was filling out the needed paperwork to get me a operation I hurt from having to set in a chair from 5:30am to 10:30pm weekdays and 12:00pm on weekends I cannot rest for hurting

I consent to be treated by the Health Services Staff for the condition described: Barry Register (I CC personel # % B Register)

---

PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA AND DO NOT WRITE BELOW THIS LINE

List Protocol(s) Below:   NURSING DOCUMENTATION

1)                    2)                              3)

**Subjective Data**

**Objective Data:  BP:          Pulse:          Respirations:          Temperature:          Weight:**

**Assessment:**

**Plan by Nursing Care:**

| Body System Code: (from problem list) | Patient Education: [] Handout  [] Verbal Instruction Topic: |
|---|---|

| Refer to: [] Physician    [] Mid-level    [] Mental Health   [] Dental    [] Other: (List:                    ) |
|---|

| | Title: | Unit: | Date: | Time: |
|---|---|---|---|---|
| Signature: | | | | |

I understand that in accordance with Dept of Correction policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my inmate account, and that if I have insufficient funds to cover the charge, the amount of co-payment will be set up as an outstanding debt.

Resident's Signature: _____  Date: _____

Name:
Offender#:
Date of Birth:
SS#:

ATTACHMENT (B)

# ARKANSAS
## DEPARTMENT OF CORRECTION (REV. 07/93)

## MEDICAL RESTRICTIONS/ LIMITATIONS/SPECIAL AUTHORIZATIONS

**MSF-207**

**RESTRICT INMATE FROM:**

**PART 1  RESTRICTIONS:**

____ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF _____ HOURS.

____ ASSIGNMENT REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING, WALKING OR STANDING.

____ ASSIGNMENT REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF _____ POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF _____ HOURS.

**INMATE REQUIRES:**

**PART 2  LIMITATIONS:**

*  ✓ BED REST __|__ DAYS   REASON: _Medical_

✓ NO DUTY __|__ DAYS   REASON: _"_

____ NO YARD CALL __|__ DAYS   REASON: _"_

✓ NO SPORTS __|__ DAYS   REASON: _" )_

____ ONE ARM/HAND DUTY ____ DAYS

**INMATE IS AUTHORIZED TO:**

**PART 3  SPECIAL AUTHORIZATIONS:**

____ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS ( _____ )
                                                              TIME

____ SOAK: _____

____ EXERCISE: _____

____ OTHER: _____

____ BATHE IN THE INFIRMARY

____ SITZ BATH

____ CAST

____ OTHER: _____

____ HAVE IN POSSESSION:

____ CANE

____ CRUTCHES

____ BRACE: (DESCRIBE BRIEFLY) _____

____ PRESCRIBED FOOTWEAR: _____

____ ORTHOPEDIC APPLIANCE: (DESCRIBE BRIEFLY) _____

____ OTHER: _____

*  ____ GO TO DINING/PILL WINDOW/SHOWER ONLY

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) STARTS: _Jan 31st 2006_   TIME (MILITARY) _0700_
                                                                              DATE

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) ENDS: _Feb 1st 2006_   TIME (MILITARY)
                                                                            DATE

_____
SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
    ORIGINAL - MEDICAL JACKET
    PINK - SECURITY
    YELLOW - CLASSIFICATION
    BLUE - INMATE

NAME: _Register, Larry_

DOB: _____

ADC#: _80348_