IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY WAYNE REGISTER                                                                   PLAINTIFF
ADC #80348

V.                                      NO.  5:06cv00109 GH

DR.  WASEEM SHAH, et al                                                             DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, co-counsels' motion to be relieved as appointed counsel (docket entry #64) is hereby granted.  Plaintiff's case is dismissed in its entirety without prejudice to refiling at such time that Plaintiff can properly pursue this matter.  Any pending motions are denied as moot.

IT IS SO ORDERED this 21st day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE