IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY WAYNE REGISTER                                                    PLAINTIFF
ADC #80348

V.                                        NO.  5:06cv00109 GH

DR.  WASEEM SHAH, et al                                                 DEFENDANTS


<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint in its entirety without prejudice.

IT IS SO ORDERED this 21st day of February, 2007.


_____
UNITED STATES DISTRICT JUDGE